IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THE JACKSONVILLE BANK,

     Appellant,

v.

THOMAS D. DEAN and STACIA
DEAN, husband and wife,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-609

Opinion filed November 10, 2016.

An appeal from the Circuit Court for Duval County.
 Tyrie W. Boyer, Judge.

Matthew T. Jackson and Alessandro T. Apolito of Brennan, Manna & Diamond, P.L., Jacksonville, for Appellant.

Eric N. McKay, Jacksonville Beach, for Appellees.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.